**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-00671-RMR-SBP

KENNETH RASCHKE,

    Plaintiff,

v.

TRAPPER MINING, INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT IN PRINCIPLE**

---

Defendant Trapper Mining, Inc., and Plaintiff Kenneth Raschke, respectfully inform the Court that they have reached a settlement in principle to resolve this case. The Parties anticipate filing a stipulation for dismissal with prejudice within 30 days.

Respectfully submitted this 3rd day of September, 2024.

| | |
|---|---|
| */s/David Lichtenstein* | */s/ Joshua B. Kirkpatrick* |
| David Lichtenstein | Joshua B. Kirkpatrick, Bar No. 31376 |
| Rachel Ellis | Nicholas Hankins, Bar No. 55373 |
| Livelihood Law, LLC | LITTLER MENDELSON, P.C. |
| 12015 E. 46th Avenue, Suite 240 | 1900 Sixteenth Street, Suite 800 |
| Denver, CO 80239 | Denver, CO 80202 |
| Phone: 720.465.6972 | Telephone: 303.629.6200 |
| Email: drl@livelihoodlaw.com | Email: jkirkpatrick@littler.com |
|     ree@livelihoodlaw.com |     nhankins@littler.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |