UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-00671-RMR-SBP

KENNETH RASCHKE,

    Plaintiff,

v.

TRAPPER MINING, INC.,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: October 4, 2024.

                              BY THE COURT:

                              REGINA M. RODRIGUEZ
                              United States District Judge